(b)(1)(A),MAG,ACCO,LC1
Email All Attys
Email All Attys and Secondary Emails

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:23−cv−00687−JNP−DAO

| | |
|---|---|
| B. et al v. Optum et al | Date Filed: 09/30/2023 |
| Assigned to: Judge Jill N. Parrish | Jury Demand: None |
| Referred to: Magistrate Judge Daphne A. Oberg | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Demand: $100,000 | Jurisdiction: Federal Question |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | |

**Plaintiff**

**C. B.**  represented by  **Brent J. Newton**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801) 532−1739
Email: brent@briansking.com
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
801−532−1739
Email: samuel@briansking.com
*ATTORNEY TO BE NOTICED*

**Brian S. King**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801)532−1739
Email: brian@briansking.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. B.**  represented by  **Brent J. Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian S. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Optum** | represented by | **Heather S. White** |

SPENCER FANE LLP
10 EXCHANGE PLACE 11TH FLR
SALT LAKE CITY, UT 84111
801−521−9000
Email: hwhite@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathanael J. Mitchell**
HOGGAN LEE HUTCHINSON
257 E 200 S STE 150
SALT LAKE CITY, UT 84111
801−521−6383
Email: nate@hlh.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca R. Hanson**
REED SMITH
10 S WACKER DR 40TH FL
CHICAGO, IL 60606
312−207−2428
Email: rhanson@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **United Healthcare Insurance Company** | represented by | **Heather S. White** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathanael J. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca R. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **United Behavioral Health** | represented by | **Heather S. White** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|   |   | **Nathanael J. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca R. Hanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Danaher Corporation and Subsidiaries Medical Plan, the** | represented by | **Heather S. White**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nathanael J. Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca R. Hanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2023 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 402, receipt number AUTDC–4826631) filed by C. B., A. B.. (Attachments: # 1 Civil Cover Sheet) (King, Brian) (Entered: 09/30/2023) |
| 10/02/2023 | Ï | Judge Jill N. Parrish added.<br><br>Case number will now read **2:23–cv–00687–JNP.** Please make changes to document captions accordingly. (kec) (Entered: 10/02/2023) |
| 10/02/2023 | Ï 2 | NOTICE OF MAGISTRATE JUDGE AVAILABILITY TO PRESIDE OVER CASE– Under 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and DUCivR 72–4, you are hereby notified that a magistrate judge for the District of Utah may conduct any or all proceedings in this case, including a jury or bench trial and entry of a final judgment. Exercise of this jurisdiction by the magistrate judge is permitted only if all parties voluntarily sign and return the form. To consent, return the Consent Form to the clerk's office within 21 days via email at consents@utd.uscourts.gov or mail at the address on the form. **Please do not efile the Consent Form in the case.** Notice e–mailed or mailed to Plaintiffs A. B., C. B.. (Notice generated by Clerk's office) Form due by 10/23/2023. (kec) (Entered: 10/02/2023) |
| 10/13/2023 | Ï 3 | CIVIL STANDING ORDER Signed by Judge Jill N. Parrish on 10/13/2023. (lwh) (Entered: 10/13/2023) |
| 10/13/2023 | Ï 4 | ORDER REFERRING CASE to Magistrate Judge Daphne A. Oberg under 28:636 (b)(1)(A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge Jill N. Parrish on 10/13/2023. (lwh) (Entered: 10/13/2023) |
| 10/16/2023 | Ï 5 |  |

| | | |
|---|---|---|
| | | ORDER TO PROPOSE SCHEDULE – See order for details. Signed by Magistrate Judge Daphne A. Oberg on 10/16/2023. (nl) (Entered: 10/16/2023) |
| 10/17/2023 | 6 | RECEIVED Magistrate Availability Form from Plaintiffs A. B., C. B.. (alf) (Entered: 10/18/2023) |
| 12/08/2023 | 7 | WAIVER OF SERVICE Returned Executed filed by C. B., A. B. as to United Behavioral Health Waiver sent on 11/27/2023, answer due 1/26/2024. (King, Brian) (Entered: 12/08/2023) |
| 12/08/2023 | 8 | WAIVER OF SERVICE Returned Executed filed by C. B., A. B. as to United Healthcare Insurance Company Waiver sent on 11/27/2023, answer due 1/26/2024. (King, Brian) (Entered: 12/08/2023) |
| 12/08/2023 | 9 | WAIVER OF SERVICE Returned Executed filed by C. B., A. B. as to Optum Waiver sent on 11/27/2023, answer due 1/26/2024. (King, Brian) (Entered: 12/08/2023) |
| 12/12/2023 | 10 | WAIVER OF SERVICE Returned Executed filed by C. B., A. B. as to Danaher Corporation and Subsidiaries Medical Plan, the Waiver sent on 11/27/2023, answer due 1/26/2024. (King, Brian) (Entered: 12/12/2023) |
| 12/27/2023 | 11 | NOTICE of Appearance by Rebecca R. Hanson on behalf of Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company (Hanson, Rebecca) (Entered: 12/27/2023) |
| 12/27/2023 | 12 | NOTICE OF ACKNOWLEDGMENT of Civil Standing Order 3 filed by Defendants Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company (Hanson, Rebecca) (Entered: 12/27/2023) |
| 01/03/2024 | 13 | NOTICE OF ACKNOWLEDGMENT of Civil Standing Order 3 filed by Plaintiffs A. B., C. B. (King, Brian) (Entered: 01/03/2024) |
| 01/25/2024 | 14 | Stipulated MOTION for Amended Scheduling Order and Memorandum in Support filed by Defendants Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(Hanson, Rebecca) Modified by correcting event type on 1/25/2024 (dle). (Entered: 01/25/2024) |
| 01/25/2024 | 15 | DOCKET TEXT ORDER granting 14 Motion for Extension of Time to Answer. Defendants' deadline to answer or otherwise respond to the complaint is extended to February 2, 2024. Signed by Magistrate Judge Daphne A. Oberg on 1/25/2024. No attached document. (med) (Entered: 01/25/2024) |
| 02/02/2024 | 16 | *Defendant Danaher Corporation's* ANSWER to Complaint filed by Danaher Corporation and Subsidiaries Medical Plan, the. Attorney Nathanael J. Mitchell added to party Danaher Corporation and Subsidiaries Medical Plan, the(pty:dft)(Mitchell, Nathanael) (Entered: 02/02/2024) |
| 02/02/2024 | 17 | *Defendants Optum, UnitedHealthcare Insurance COmpany, and United Behavioral Health's* ANSWER to Complaint filed by Optum, United Behavioral Health, United Healthcare Insurance Company. Attorney Nathanael J. Mitchell added to party Optum(pty:dft), Attorney Nathanael J. Mitchell added to party United Behavioral Health(pty:dft), Attorney Nathanael J. Mitchell added to party United Healthcare Insurance Company(pty:dft)(Mitchell, Nathanael) (Entered: 02/02/2024) |
| 02/02/2024 | 18 | Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* filed by Defendants Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) Motions referred to Daphne A. Oberg.(Mitchell, Nathanael) (Entered: 02/02/2024) |
| 02/06/2024 | 19 | Motions No Longer Referred: 18 Defendant's MOTION to Change Venue. The district judge will address the motion. (gdr) (Entered: 02/06/2024) |

| | | |
|---|---|---|
| 02/09/2024 | 20 | Stipulated MOTION for Extension of Time to File Response/Reply as to 18 Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* filed by Plaintiffs A. B., C. B.. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(King, Brian) (Entered: 02/09/2024) |
| 02/09/2024 | 21 | DOCKET TEXT ORDER granting 20 Motion for Extension of Time to File Response as to 18 Defendant's MOTION to Change Venue. Response due by 3/5/2024. Signed by Judge Jill N. Parrish on 2/9/24. (ksb) (Entered: 02/09/2024) |
| 03/05/2024 | 22 | Plaintiff's MOTION to Respond to Defendant's Motion to Transfer Venue re 18 Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* filed by Plaintiffs A. B., C. B.. (Attachments: # 1 Exhibit 1 – United – Utah Presence Flier, # 2 Exhibit 2 – United – Idaho/Utah Contact Sheet, # 3 Exhibit 3 – Job Search Results – Careers at UnitedHealth Group, # 4 Exhibit 4 – Customer Service Representative Lead – Draper, UT, # 5 Exhibit 5 – Optum Care Claims Provider Manual, # 6 Exhibit 6 – About Danaher – Our Culture & Core Values, # 7 Exhibit 7 – Business Directory – Danaher, # 8 Exhibit 8 – Search Danaher Jobs – Job Openings at Danaher, # 9 Exhibit 9 – Senior Financial Analyst – Information Technology Jobs at Danaher) Motions referred to Daphne A. Oberg.(King, Brian) (Entered: 03/05/2024) |
| 03/07/2024 | 23 | NOTICE of Substitution of Counsel and Firm Name Change by Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company (White, Heather) (Entered: 03/07/2024) |
| 03/12/2024 | 24 | Stipulated MOTION for Extension of Time to File Response/Reply as to 18 Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* filed by Defendants Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg. Attorney Heather S. White added to party Danaher Corporation and Subsidiaries Medical Plan, the(pty:dft), Attorney Heather S. White added to party Optum(pty:dft), Attorney Heather S. White added to party United Behavioral Health(pty:dft), Attorney Heather S. White added to party United Healthcare Insurance Company(pty:dft)(White, Heather) (Entered: 03/12/2024) |
| 03/12/2024 | 25 | DOCKET TEXT ORDER granting 24 Motion for Extension of Time to File Reply as to 18 Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)*. Reply due by 4/2/2024. Signed by Judge Jill N. Parrish on 3/12/24. (ksb) (Entered: 03/12/2024) |
| 03/27/2024 | 26 | MOTION for Leave to File Excess Pages filed by Defendants United Behavioral Health, United Healthcare Insurance Company. (Attachments: # 1 Text of Proposed Order) Motions referred to Daphne A. Oberg.(White, Heather) (Entered: 03/27/2024) |
| 03/27/2024 | 27 | DOCKET TEXT ORDER granting 26 Motion for Leave to File Excess Pages. The defendants may file a reply brief that does not exceed 16 pages in length. Signed by Judge Jill N. Parrish on 23cv687. (ksb) (Entered: 03/27/2024) |
| 04/02/2024 | 28 | MEMORANDUM in Support re 18 Defendant's MOTION to Change Venue *Pursuant to 28 U.S.C. § 1404(A)* filed by Defendants Danaher Corporation and Subsidiaries Medical Plan, the, Optum, United Behavioral Health, United Healthcare Insurance Company. (White, Heather) (Entered: 04/02/2024) |
| 09/23/2024 | 29 | MEMORANDUM DECISION AND ORDER granting 18 Motion to Transfer Venue. The Clerk of the Court shall transfer this action to the United States District Court for the District of Columbia. Signed by Judge Jill N. Parrish on 9/23/24. (dle) (Entered: 09/23/2024) |